UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEYWANIE S. BRIDGEWATER,<br><br>     Plaintiff,<br> v.<br><br>RAYMOND E. FULLER,<br><br>     Defendant. | CASE NO. 2:23-cv-00961-LK<br><br>ORDER DISMISSING<br>COMPLAINT WITH PREJUDICE |

   This matter comes before the Court sua sponte. On July 5, 2023, the Court dismissed Ms. Bridgewater's complaint without prejudice for failure to state a claim and with leave to file an amended complaint within 30 days. Dkt. No. 5 at 2–3. The Court informed Ms. Bridgewater that "[i]f she fail[ed] to timely file an amended complaint correcting the identified deficiencies, the Court w[ould] dismiss this action with prejudice." *Id.* at 3.

   Ms. Bridgewater subsequently refiled the Court's Order granting her application to proceed in forma pauperis with the addition of some handwritten notes. Dkt. No. 6. Those notes do not request an extension of the deadline. Nor has Ms. Bridgewater filed an amended complaint. Accordingly, the Court now DISMISSES the case with prejudice.

ORDER DISMISSING COMPLAINT WITH PREJUDICE - 1

The Clerk is directed to send uncertified copies of this Order to Ms. Bridgewater at her last known address.

Dated this 25th day of September, 2023.

                                                  Lauren King
                                                  United States District Judge

ORDER DISMISSING COMPLAINT WITH PREJUDICE - 2